ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jane Doe

Plaintiff(s),

v.

Township High School District No. 214,

Defendant(s).

Case No.  19 C 3052
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

_____

☒ other: Federal law claims dismissed with prejudice. Jurisdiction over the state law claim is relinquished, so the state law claim is dismissed without prejudice.

_____

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for summary judgment.

Date:  8/22/2024

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk